UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKOEURT MOUSSA,<br><br>              Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No. CV 16-8580 CJC (JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

     IT IS HEREBY ORDERED that (1) the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Report and Recommendation; and (2) Judgment be entered accordingly.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment on counsel for the parties.

DATED: March 28, 2018      _____

                                          HONORABLE CORMAC J. CARNEY<br>                                          UNITED STATES DISTRICT JUDGE