JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKOEURT MOUSSA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 16-8580 CJC(JC)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED AND THIS MATTER IS REMANDED for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: March 28, 2018

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE