UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Mr. Yakfoeurt Moussa )<br>)<br>           Plaintiff, )<br>)<br>  v. )<br>)<br>Nancy Berryhill, Acting )<br>Commissioner of Social )<br>Security, )<br>)<br>           Defendant. )<br>_____ ) | CASE NO. 16-cv-08580 CJC(JC)<br><br>ORDER RE:<br><br>STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

      Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), IT IS ORDERED that Plaintiff be

awarded Eight Thousand, Seven Hundred and Fifty Dollars, and Zero Cents ($8,750) in attorney fees, under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Zero Dollars and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the Stipulation.

DATE: July 5, 2018

_____

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE